PRECISION PLATING & METAL FINISHING INC. et al., Plaintiffs-Appellants-Cross Appellees,

v.

MARTIN–MARIETTA CORPORATION, Defendant-Appellee-Cross Appellant.

No. 28841.

United States Court of Appeals,
Fifth Circuit.

June 10, 1971.

W. D. Malouf, Loyd C. Mosley, Clearwater, Fla., Mark Hawes, Tampa, Fla., for appellants.

George T. Eidson, Jr., T. Thomas Cardwell, Orlando, Fla., for appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before JOHN R. BROWN, Chief Judge, and TUTTLE and GODBOLD, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

Application of Private Kevin M. O'CONNOR, Petitioner-Appellant,

v.

Colonel William A. McKEAN, Commander, U. S. Army, School Training Center, Fort McClellan, Ala., and Stanley Resor, Secretary of the Army, and Melvin Laird, Secretary of Defense, Pentagon, Wash., D. C., Respondents-Appellees.

No. 30314.

United States Court of Appeals,
Fifth Circuit.

April 23, 1971.

William H. Zinman, Baltimore, Md., Oscar Adams, Jr., Birmingham, Ala., for appellant.

Wayman G. Sherrer, U. S. Atty., E. Ray Acton, Henry I. Frohsin, Asst. U. S. Attys., Birmingham, Ala., for appellees.

Before GEWIN, BELL and ALDISERT* Circuit Judges.

PER CURIAM:

After reviewing the record, the contentions of the parties and the decision of the district court, O'Connor v. McKean, 325 F.Supp. 38 (N.D.Ala.), we have concluded that the district court correctly decided this case. The judgment is affirmed.

* Of the Third Circuit, sitting by designation.